CHAMBERS OF
BRUCE W. KAUFFMAN
JUDGE



5613 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19106-1776
215-597-0FAB     FAX: 215-580-2281

May 23, 2005

**SELF INITIATED
AMENDMENT**

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Suite 2-301
Washington, DC 20544

    Re:   2004 Financial Disclosure Report

Dear Committee Members:

    I write to amend the 2004 Financial Disclosure Report as follows:

1.    Part I
      Director, Federal Judges Association

2.    Part IV
      Federal Judges Association - Annual Board Meeting Ritz Carlton Hotel
                Washington, D.C.

Very truly yours,

Bruce W. Kauffman

RECEIVED May 31 3 56 PM '05 FINANCIAL DISCLOSURE OFFICE

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br>KAUFFMAN, BRUCE W | 2. Court or Organization<br>W.S. DISTRICT COURT, EASTERN P | 3. Date of Report<br>5/5/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. DISTRICT JUDGE - ACTIVE | 5. ReportType (check appropriate type)<br>◯ Nomination   Date<br>◯ Initial   ◉ Annual   ◯ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>ROOM 5613, U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

FINANCIAL DISCLOSURE OFFICE   2005 MAY 16 P 2: 43   RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | PENN MUTUAL LIFE INSURANCE - ANNUITY DISTRIBUTION (SEE NOTE) | 100,000.00 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | SELF-EMPLOYED - MARKETING DESIGN |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION | ANNUAL DINNER WALD RF AST RIA |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE . (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ACS INC. | STUDENT LOAN | K |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. HUNTINGTON ASSOCIATES (LTD PARTNERSHIP) - (SEE NOTE) | A | Interest | | | SELL | 09/02 | | F | |
| 2. PENNSYLVANIA BUSINESS BANK - CHECKING | A | Interest | J | T | | | | | |
| 3. IRA ROLLOVER 1985 (SEE NOTE) | C | DIV & INT | N | T | | | | | |
| 4. - COMMAND INSURED INCOME ACCOUNT | | | | | | | | | |
| 5. - SG HOLDINGS, INC. - BONDS | | | | | | | | | |
| 6. - AT&T CORP | | | | | | | | | |
| 7. - COMMAND MONEY FUND | | | | | | | | | |
| 8. - GENERAL ELECTRIC | | | | | | | | | |
| 9. - JOHN HANCOCK CORE EQUITY FUND CLASS B | | | | | | | | | |
| 10. - JOHN HANCOCK SER TR TECHNOLOGY FD CL B (X) | | | | | | | | | |
| 11. - GENERAL MOTOR ACCEPTANCE NOTES | | | | | | | | | |
| 12. - TECO ENERGY INC | | | | | | | | | |
| 13. WACHOVIA - 69-T6 (SEE NOTE) | C | DIV & INT | J | T | ROLLOVER | 12/31 | K | | |
| 14. - HEALTHFUSION.COM (X) | | | | | | | | | |
| 15. - AT&T CORP | | | | | | | | | |
| 16. - ARTEMIS INTL (X) | | | | | | | | | |
| 17. - SG HOLDINGS, INC | | | | | | | | | |
| 18. - COCA COLA CO DELAWARE | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - COMCAST CORP NEW CL A (X) | | | | | | | | | |
| 20. - COMMAND MONEY FUND | | | | | | | | | |
| 21. - GENERAL ELECTRIC CO. | | | | | | | | | |
| 22. - INTEL CORP | | | | | | | | | |
| 23. - SELIGMAN COMU&I FDB | | | | | | | | | |
| 24. - SAFEGUARD SCIENTIFIC | | | | | | | | | |
| 25. - IVY INT'L FUND CL A (X) | | | | | | | | | |
| 26. - IVY INT'L FUND CLASS B | | | | | | | | | |
| 27. - CISCO SYSTEM, INC. | | | | | | | | | |
| 28. - EMERGE INTERACTIVE, INC. | | | | | | | | | |
| 29. - DAIMLRCHRYSLR CIN RO MP | | | | | MATURITY | 04/15 | L | A | |
| 30. - GEN MTR ACC | | | | | MATURITY | 04/15 | K | A | |
| 31. - EVERGREEN S ADJRTE A | | | | | | | | | |
| 32. - MORGAN STANLEY MTNRO MP | | | | | BUY | 04/19 | L | | |
| 33. - U S INTERACTIVE INC (X) | | | | | SELL | 09/29 | J | | |
| 34. WACHOVIA - 51-T6 (NOTE) | A | Dividend | L | T | ROLLOVER | 12/31 | M | | |
| 35. - AT&T CORP | | | | | | | | | |
| 36. - COCA COLA CO DELAWARE | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - COMMAND MONEY FUND | | | | | | | | | |
| 38. - COMCAST CORP NEW CL A (X) | | | | | | | | | |
| 39. - GENERAL ELECTRIC | | | | | | | | | |
| 40. - INTEL CORP | | | | | | | | | |
| 41. - PFIZER CORP. | | | | | | | | | |
| 42. CSP DEBT ACCOUNT | D | Interest | J | U | | | | | |
| 43. CITIZENS BANK OF PENNSYLVANIA (SEE NOTE) | A | Interest | | | | | | | |
| 44. ROYAL BANK OF PENNSYLVANIA (IRA ACCOUNT) | B | Interest | M | T | | | | | |
| 45. HPH - POPLAR STREET ASSOCIATES | | None | K | U | | | | | |
| 46. K3 LLC | | | | | BUY | 7/29 | J | | |
| 47. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. §-7353, and Judicial Conference regulations.

Signature _____     Date    5/12/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544